UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. ELLIOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00680-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 6) |

On December 12, 2023, the Court screened plaintiff Robert Elliott's civil-rights complaint, dismissing it with leave to file a first amended complaint by January 12, 2024. Docket No. 4. Before that deadline expired, Plaintiff moved to extend it by 60 days, arguing that he's waiting for the prison to provide him indigent supplies, and has similar deadlines in other legal proceedings. Docket No. 6. The Court finds that good cause exists to extend the deadline to March 12, 2024.

Accordingly, for the reasons stated above,

IT IS ORDERED that the motion to extend time to file a first amended complaint, Docket No. 6, is **GRANTED**.

IT IS FURTHER ORDERED that, no later than **March 12, 2024**, Plaintiff must file a first amended complaint in compliance with this Court's December 12, 2023, screening order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and either pay the required filing fee or apply for *in forma pauperis* status.

IT IS SO ORDERED.

DATED: January 2, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE