# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT ELLIOTT,

    Plaintiff(s),

v.

STATE OF NEVADA, et al.,

    Defendant(s).

Case No. 2:23-cv-00680-JAD-NJK

**ORDER**

On November 25, 2024, Defendants filed an answer. Docket No. 35. On December 2, 2024, Plaintiff filed a notice that the case had already been settled. Docket No. 36. Defendants must file a response to Plaintiff's notice explaining their understanding of the case status by December 16, 2024.

IT IS SO ORDERED.

Dated: December 9, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1