UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT ELLIOTT,

    Plaintiff(s),

v.

STATE OF NEVADA, et al.,

    Defendant(s).

Case No. 2:23-cv-00680-JAD-NJK

**ORDER**

On November 25, 2024, Defendants filed an answer. Docket No. 35. On December 2, 2024, Plaintiff filed a notice that the case had already been settled. Docket No. 36. Defendants have now filed a status report indicating that the case has in fact settled and that the answer was filed in error. Docket No. 38. Given the circumstances, the Court **STRIKES** the answer (Docket No. 35) that was filed in error. The Court also **ORDERS** the parties to file dismissal papers in this case by January 10, 2025.

IT IS SO ORDERED.

Dated: December 17, 2024

                                                          Nancy J. Koppe
United States Magistrate Judge