# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT ELLIOTT,

    Plaintiff(s),

v.

STATE OF NEVADA, et al.,

    Defendant(s).

Case No. 2:23-cv-00680-JAD-NJK

**ORDER**

The parties settled this case and were ordered to file dismissal papers by January 10, 2025. Docket No. 39. No dismissal papers have been filed. Instead, on December 23, 2024, the Court received a notice from Plaintiff indicating that the defense had not complied with their settlement obligations. *See* Docket No. 40. The parties are hereby **ORDERED** to file a joint status report regarding settlement by January 28, 2025.[1]

IT IS SO ORDERED.

Dated: January 14, 2025

                                        Nancy J. Koppe
                                        United States Magistrate Judge

---

[1] When the Court sets a deadline for a filing, attorneys and litigants are not free to simply ignore that order. If more time is needed to comply with the order, a request must be filed seeking that relief. Failing to do so in the future may result in the imposition of sanctions.