**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT ELLIOTT,

    Plaintiff(s),

v.

STATE OF NEVADA, et al.,

    Defendant(s).

Case No. 2:23-cv-00680-JAD-NJK

**ORDER**

The parties settled this case and the Court has been awaiting the filing of dismissal papers. *See, e.g.*, Docket No. 39. Pending before the Court are three individually-filed status reports. Docket Nos. 42, 43, 44.

The parties were warned just days ago that they must comply with judicial orders and that failing to do so may result in the imposition of sanctions. Docket No. 41 at 1 n.1. That same order required the parties to file a "<u>joint</u> status report." *Id.* at 1 (emphasis added). The parties violated that order by filing three separate individual status reports. Plaintiff and defense counsel are hereby **ADMONISHED** for violating the Court's order.

The gist of the various status reports is that the parties remain in the process of addressing the settlement terms and require another 30 to 60 days to file dismissal papers. *See* Docket No. 43 at 6; Docket No. 44 at 2. The Court hereby **ORDERS** that dismissal papers or a <u>joint</u> status report regarding settlement must be filed by March 31, 2025.

IT IS SO ORDERED.

Dated: January 29, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1