# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ELLIOTT,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-00680-JAD-NJK<br><br>**Order** |

This case settled months ago and the parties have filed several motions and status reports since that time. The Court hereby **SETS** a status conference for 10:00 a.m. on March 12, 2025. Deputy Attorney General Jeffrey Whipple must appear for the hearing in person in Courtroom 3C.

Because it appears that Plaintiff is now located in Ely, Nevada, Plaintiff will appear at the hearing by telephone. Mr. Whipple must arrange with the prison for Plaintiff to appear by telephone and Mr. Whipple must thereafter coordinate with Courtroom Administrator Chantal Torres at (702) 464-5432 regarding Plaintiff's telephonic appearance.

IT IS SO ORDERED.

Dated: March 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge