AARON D. FORD
  Attorney General
JEFFREY D. WHIPPLE, Bar No. 16346
  Deputy Attorney General
Office of the Attorney General, State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
Email: jwhipple@ag.nv.gov

*Attorneys for Defendants*
*Isidro Baca and Kyle Olsen*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. ELLIOTT,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00680-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF Nos. 47, 48, 55 |

IT IS HEREBY STIPULATED by and between Defendants Isidro Baca and Kyle Olsen, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jeffrey D. Whipple, Deputy Attorney General, and Plaintiff Robert W. Elliott, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action, including all claims against all parties, be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///
///

1

The Parties have resolved this matter in its entirety and the Court may accordingly close the case. Any outstanding deadlines are considered moot.

AARON D. FORD
Attorney General

By: _____
Robert W. Elliott
*Plaintiff, pro se*

Dated: 11-12-24

By: __/s/ Jeffrey D. Whipple__
Jeffrey D. Whipple
Deputy Attorney General
*Attorneys for Defendants*

Date: November 1, 2024

ORDER

Based on the parties' stipulation **[ECF No. 55]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF Nos. 47, 48]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 21, 2025